IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02689-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

CHRIS SLAUGHTER,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2014.**

    For good cause shown, Plaintiff's [Unopposed] Motion for Leave to Appear Telephonically at the Scheduling Conference [Formerly] set for March 31, 2014 [filed March 20, 2014; docket # 25] is **granted.** Plaintiff's counsel shall contact Chambers at (303) 844-4507 on **April 2, 2014**, at **10:00 a.m.** to appear by telephone. Lawyers appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and by email no later than five business days prior to the scheduling conference, in accordance with the instructions in the Court's January 7, 2014 minute order [docket # 15].