IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02689-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

CHRIS SLAUGHTER,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2014.**

    Before the Court is a Notice of Settlement filed by the Plaintiff on July 30, 2014 [docket #7]. In light of the Notice, the Plaintiff's Motion to Compel Defendant's Discovery Responses and Fed. R. Civ. P. 26(a) Disclosures [filed July 29, 2014; docket #33] is **denied as moot**.  The parties shall file dismissal papers with the Court on or before September 2, 2014.